**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 22-6506**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TITUS LEE,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, Senior District Judge.  (3:19-cr-00036-HEH-EWH-1)

───────────

Submitted:  November 29, 2022                    Decided:  December 5, 2022

───────────

Before WYNN, HARRIS, and HEYTENS, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Titus Lee, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Titus Lee appeals the district court's order denying his motion for compassionate release.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *United States v. Lee*, No. 3:19-cr-00036-HEH-EWH-1 (E.D. Va. Apr. 11, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*